IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THOMAS P. BEZELIK,                  :

    Plaintiff,                    :

v.                                  :     MJG-02-2309

LT. GEN. MICHAEL V. HAYDEN,         :
DIRECTOR,
NATIONAL SECURITY AGENCY            :

    Defendant.                    :

...oOo...

ORDER

The Court, having considered the Defendant's Motion for an Enlargement of Time, and there being good cause therefore, it is this 27th day of December, 2002, hereby

ORDERED that the deadline for filing a reply in further support of defendant's motion to dismiss, or in the alternative, motion for summary judgment is January 10, 2003.

Marvin J. Garbis
United States District Judge