IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THOMAS P. BEZELIK,                  :

    Plaintiff,                     :

    v.                             :    CIVIL NO. MJG-02-2309

LT. GEN. MICHAEL V. HAYDEN,         :
DIRECTOR,
NATIONAL SECURITY AGENCY            :

    Defendant.                     :

...oOo...

ORDER

The Court, having considered the Defendant's Motion for an Enlargement of Time, and there being good cause therefore, it is this 14th day of January, 2003, hereby

ORDERED that the deadline for filing an answer or other appropriate dispositive motion in response to plaintiff's complaint is October 21, 2002.

*Nunc pro tunc to 9/23/02.*

Marvin J. Garbis
United States District Judge

