FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 JAN 14  P 3: 40

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | | |
|---|---|---|
| THOMAS P. BEZELIK | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO.: MJG 02 CV 2309 |
| | | CIVIL NO.: MJG 02 CV 2402 |
| LT. GEN. MICHAEL V. HAYDEN DIRECTOR, | * | |
| NATIONAL SECURITY AGENCY | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**THE COURT** having considered the Plaintiff's Motion for Enlargement of Time, and there being no objection thereto, it is this 14th day of January, 2003,

**ORDERED** that the Plaintiff's Motion for Enlargement of Time to file Oppositions to Defendant's Motion To Dismiss, Or In The Alternative, Motion For Summary Judgment, to no later than December 13, 2002, is hereby GRANTED.

*Nunc pro tunc to 11/13/02*

_____
MARVIN J. GARBIS
United States District Judge

cc:   Counsel of record.

H3953D21.wpd