```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND
```

THOMAS P. BEZELIK                *

      Plaintiff          *

      vs.                 * CIVIL ACTION NO. MJG-02-2309

LT. GEN. MICHAEL V. HAYDEN       *
DIRECTOR,
NATIONAL SECURITY AGENCY         *

      Defendant          *

\*   \*   \*   \*   \*   \*   \*   \*   \*

## JUDGMENT ORDER

By separate order issued this date, the Court has granted the Defendant's Motion for Summary Judgment.

Accordingly:

1. Judgment shall be, and hereby is, entered in favor of Defendant Lt. Gen. Michael V. Hayden against Plaintiff Thomas P. Bezelik dismissing all claims with prejudice with costs.

2. Any and all prior rulings disposing of any claims against any parties are incorporated by reference herein.

3. This Order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, on <u>Wednesday, April 30, 2003</u>.

 

                                               / s /
                                        Marvin J. Garbis
                              United States District Judge